JS-6

Richard E. Donahoo, State Bar No. 186957
Sarah L. Kokonas, State Bar No. 262875
R. Chase Donahoo, State Bar No. 322191
**DONAHOO & ASSOCIATES**
440 West First Street, Suite 101
Tustin, CA 92780
Telephone: (714) 953-1010
Facsimile: (714) 953-1777
Email: rdonahoo@donahoo.com
　　　　skokonas@donahoo.com
　　　　cdonahoo@donahoo.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADO GARCIA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>NABORS COMPLETION & PRODUCTION SERVICES CO., a Delaware corporation, now known as C&J Well Services, Inc.,<br><br>　　　　　　Respondent. | Case No.: 2:22-cv-02291-DDP-JPR<br><br>District Judge: Dean D. Pregerson<br>Magistrate Judge: Jean P. Rosenbluth<br><br>**JUDGMENT** |

　　　　WHEREAS, on April 2, 2015 two former employees of Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS"), Brandyn Ridgeway ("Ridgeway") and Tim Smith ("Smith"), filed a putative class action alleging, among other things, claims under Labor Code §1194(a) and 1771 for failure to pay the minimum prevailing wage and overtime, under Labor Code §226(e) for failure to provide accurate itemized wage statements under Labor Code

§226(a), and for related interest and penalties, as well as attorneys' fees and costs, (CACD Case No. 2:15−cv−03436−DDP−VBKx; "Ridgeway class action");

WHEREAS, on June 29, 2015 NABORS brought a motion to compel arbitration of Ridgeway and Smith's individual claims pursuant to 9 U.SC. §2, the Federal Arbitration Act ("FAA") and a written arbitration agreement that included a class action waiver;

WHEREAS, on October 13, 2015 this Court denied NABORS' motion to compel arbitration, finding the arbitration agreement unenforceable;

WHEREAS, NABORS timely appealed the denial of its motion to compel arbitration;

WHEREAS, on February 13, 2018 the Ninth Circuit Court of Appeal issued a Memorandum which reversed the Court's order denying the motion and remanded with instructions;

WHEREAS, on March 30, 2018, Petitioner Amado Garcia ("Garcia"), a putative class member in the Ridgeway class action, commenced an individual arbitration at JAMS;

WHEREAS, Garcia's individual claims were adjudicated by JAMS Arbitrator Hon. Richard D. Aldrich (Ret.) resulting in an Interim Award issued December 31, 2021 and a Final Arbitration Award issued March 18, 2022, in favor of Garcia;

WHEREAS, on April 5, 2022 Garcia filed the instant Petition to Confirm Final Arbitration Award, For Further Attorneys' Fees and Costs, and to Enter Judgment Against Nabors; Nabors appeared, filed an answer and filed a crossclaim to vacate the Final Award;

WHEREAS, on August 25, 2022 the Court granted Garcia's motion and confirmed the Final JAMS Arbitration Award issued by Arbitrator Hon. Richard D. Aldrich (Ret.) on March 18, 2022, in the Arbitration JAMS Case No. 12200589019 and denied NABORS' request to vacate the award.

THEREFORE, IT IS ADJUDGED THAT:

Petitioner AMADO GARCIA shall recover against Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS") in the following amounts:

1    of $260,536.79 in damages, including statutory interest thru December 14, 2021, and
2  continuing at $34.47 per day on the unpaid wages and interest at the rate of 10% per annum
3  until all wages and interest thereon are paid in full, $242,847.38 in attorneys' fees, and
4  $5,273.25 in costs as awarded by the Arbitrator; and,

5    Additional post-arbitration attorneys' fees in the amount of $8,874.50 and for costs
6  in the amount of $402.

8  DATED: August 27, 2022         _____
9                                  UNITED STATES DISTRICT COURT JUDGE